## GRAINOLA STATE BANK v. WHITSON et al.

No. 9951—Opinion Filed April 12, 1921.

(Syllabus.)

**Reference—Right to Refer—Case Followed.**

Affirmed upon the authority of Grainola State Bank v. Shellenberger (ante, p. 204), just handed down.

Error from District Court, Osage County; R. B. Boone, Judge.

Action by F. M. Whitson and another against the Grainola State Bank. Judgment for plaintiffs, and defendant brings error. Affirmed.

Leahy, MacDonald, Burnette & Files, for plaintiff in error.

J. M. Worten, for defendants in error.

KANE, J. This is a companion case to No. 9950, Grainola State Bank, Plaintiff in Error, v. Bert Shellenberger, Defendant in Error, in which an opinion has just been handed down. The causes were tried together below by the same referee, and the sole question presented for review is, that the trial court committed error in referring the cause.

In the Shellenberger Case we hold that the pleadings and evidence disclose a cause where the trial of an issue of fact required the examination of mutual accounts, and therefore are referable under section 5019, Rev. Laws 1910.

Upon the authority of that case, the judgment of the trial court is affirmed.

HARRISON, C. J., and JOHNSON, MILLER, and KENNAMER, JJ., concur.